IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**ROGER WOLFE,**

    Plaintiffs,

v.                                          **CIVIL ACTION NO. 2:08-CV-01023**

**PAUL A. GREEN, JASON S. CRANE,
J. K. RAPP, KRISTY L. LAYNE,
D. L. LEMMON, WEST VIRGINIA STATE
POLICE, JASON A TACKETT,
EMERGENCY MEDICINE PHYSICIANS OF
KANAWHA COUNTY, PLLC, and JOHN DOES 1-3,**

    Defendants.

## ENTRY OF JUDGMENT BY CLERK
## PURSUANT TO RULE 68, FRCivP

    Pursuant to Rule 68, Federal Rules of Civil Procedure, Jonathan R. Marshall attorney for plaintiff, Roger Wolfe, filed with the Clerk of Court on October 1, 2009, a Notice of Acceptance of Offer of Judgment, with the Offer of Judgment to plaintiff attached (Document No. 222). The Offer of Judgment is dated September 22, 2009. The Notice of Acceptance of the Offer of Judgment is dated October 1, 2009.

    Accordingly, it is hereby **ORDERED** that judgment be entered in favor of the plaintiff, Roger Wolfe, and against the defendants, Paul A. Green, Jason S. Crane, J. K. Rapp, Kristy L. Lane, D. L. Lemmon, and the West Virginia State Police in the total amount of Two Hundred Thousand, One Dollars and One Cent ($200,001.01) and fees and expenses to be determined by the Court as set forth in the Offer of Judgment. To the extent that John Does 1-3 are later determined to be employees of the West Virginia State Police, this Judgment includes them as well.

Certified copies of this Judgment Order shall be sent to counsel of record.

        ENTER: October 7, 2009

_____
**TERESA L. DEPPNER, CLERK OF COURT**